KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
DIANA CHANG (CSB No. 287624)
dchang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

JAY L. POMERANTZ (CSB No. 209869)
jpomerantz@fenwick.com
CARLY L. BITTMAN (CSB No. 305513)
cbittman@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

Attorneys for Nominal Defendant
LendingClub Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART STADNICKI, Derivatively and on Behalf of Nominal Defendant LENDINGCLUB CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>RENAUD LAPLANCHE, et al.,<br><br>           Defendants,<br><br>     - and -<br><br>LENDINGCLUB CORPORATION, a Delaware corporation,<br><br>           Nominal Defendant. | Case No. 16-CV-3072-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>(Civil L.R. 6-1(a)) |

Pursuant to Civil Local Rule 6-1(a), nominal defendant LendingClub Corporation ("LendingClub") and plaintiff Bart Stadnicki ("Plaintiff") hereby stipulate that the time for LendingClub to move, answer or otherwise respond to the Verified Shareholder Derivative Complaint shall be extended from the current deadline (June 29, 2016) to **August 12, 2016**. The requested extension will not alter the date of any event or any deadline fixed by any Court Order.

Dated: June 27, 2016        JOHNSON & WEAVER, LLP

By     /s/ *Frank J. Johnson*
           Frank J. Johnson

Attorneys for Plaintiff Bart Stadnicki

Dated: June 27, 2016        FENWICK & WEST LLP

By     /s/ *Kevin P. Muck*
           Kevin P. Muck

Attorneys for Nominal Defendant
LendingClub Corporation

\*   \*   \*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this stipulation.

Dated: June 27, 2016

/s/ *Kevin P. Muck*
    Kevin P. Muck

Dated: July 11, 2016

IT IS SO ORDERED
Judge Joseph C. Spero