KEVIN P. MUCK (CSB No. 120918)
kmuck@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
DIANA CHANG (CSB No. 287624)
dchang@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:      415.875.2300
Facsimile:       415.281.1350

JAY L. POMERANTZ (CSB No. 209869)
jpomerantz@fenwick.com
CARLY BITTMAN (CSB No. 305513)
cbittman@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:      650.988.8500
Facsimile:       650.938.5200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART STADNICKI, Derivatively and on Behalf of Nominal Defendant LENDINGCLUB CORPORATION,<br><br>                          Plaintiff,<br><br>        v.<br><br>RENAUD LAPLANCHE, et al.,<br><br>                          Defendants,<br><br>        - and -<br><br>LENDINGCLUB CORPORATION, a Delaware corporation,<br><br>                          Nominal Defendant. | Case No. 16-CV-3072-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND**<br><br>(Civil L.R. 6-1(a)) |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    WHEREAS, on May 16, 2016 and May 18, 2016, respectively, two putative class action

2    complaints were filed in this Court against LendingClub Corporation ("LendingClub"), Renaud

3    Laplanche and Carrie L. Dolan:  *Evellard v. LendingClub, et al.*, 16-CV-2627-WHA, and *Wertz v.*

4    *LendingClub, et al.*, 16-CV-2670-WHA (together, the "Class Actions");

5    WHEREAS, on June 6, 2016, plaintiff in the above-captioned action ("Plaintiff") filed a

6    putative derivative action ("Derivative Action") against defendants Renaud Laplanche, Carrie L.

7    Dolan, Scott Sanborn, Daniel T. Ciporin, Jeffrey Crowe, Rebecca Lynn, John J. Mack, Mary

8    Meeker, John C. Morris, Lawrence H. Summers, Simon Williams, and Nominal Defendant

9    LendingClub (collectively, "Defendants," and with Plaintiff, the "Parties");

10    WHEREAS, on July 14, 2016, the parties in the Class Actions and Derivative Action

11    entered into a Stipulation and [Proposed] Order to Relate Cases based on their belief that these

12    actions are "related cases" within the meaning of Civil Local Rule 3-12;

13    WHEREAS, the current deadline for defendants Carrie L. Dolan, Scott Sanborn, Daniel T.

14    Ciporin, Jeffrey Crowe, Rebecca Lynn, John J. Mack, Mary Meeker, John C. Morris, Lawrence

15    H. Summers, Simon Williams, and Nominal Defendant LendingClub to move, answer or

16    otherwise respond to the complaint in the Derivative Action is August 12, 2016;

17    WHEREAS, the current deadline for defendant Renaud Laplanche to move, answer or

18    otherwise respond to the complaint in the Derivative Action is August 15, 2016;

19    WHEREAS, a hearing on motions to be appointed lead plaintiff in the related Class

20    Actions has been set for August 15, 2016;

21    WHEREAS, it is anticipated that the party appointed lead plaintiff in the related Class

22    Actions will file a consolidated complaint pursuant to a schedule set by the Court;

23    WHEREAS, Plaintiff has agreed that no later than 30 days after the filing of the

24    consolidated complaint in the related Class Actions, he will either file an amended derivative

25    complaint or notify Defendants of his intention to proceed with the existing complaint; and

26    WHEREAS, the Parties have agreed that (a) no later than 30 days after Plaintiff has either

27    filed an amended derivative complaint or notified Defendants of his intention to proceed with the

28    existing complaint, LendingClub will file a motion to dismiss the Derivative Action for failure to

allege demand futility ("Demand Futility Motion"), and (b) none of the Defendants need to respond to the operative complaint pending resolution of the Demand Futility Motion.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the undersigned counsel for the parties, that:

1. No later than 30 days after the filing of the consolidated complaint in the related Class Actions, Plaintiff will either file an amended derivative complaint or notify Defendants of his intention to proceed with the existing complaint;

2. No later than 30 days after Plaintiff has either filed an amended derivative complaint or notified Defendants of his intention to proceed with the existing complaint, LendingClub will file a motion to dismiss the Derivative Action for failure to allege demand futility ("Demand Futility Motion"); and

3. None of the Defendants need to respond to the operative complaint pending resolution of the Demand Futility Motion.

Dated: July 20, 2016

JOHNSON & WEAVER, LLP

By ___/s/ Frank J. Johnson___
Frank J. Johnson

Attorneys for Plaintiff Bart Stadnicki

Dated: July 20, 2016

FENWICK & WEST LLP

By ___/s/ Jay L. Pomerantz___
Jay L. Pomerantz

Attorneys for Nominal Defendant LendingClub Corporation and Defendants Carrie L. Dolan, Scott Sanborn, Daniel T. Ciporin, Jeffrey Crowe, Rebecca Lynn, John J. Mack, Mary Meeker, John C. Morris, Lawrence H. Summers and Simon Williams

GRANTED
Judge Joseph C. Spero

Dated: 7/21/16

1

2    Dated: July 20, 2016                    MILBANK, TWEED, HADLEY & MCCLOY
                                            LLP
3
                                            By _____/s/ Robert Liubicic_____
4                                                   Robert Liubicic

5                                           Attorneys for Defendant Renaud Laplanche

6                                    *        *        *

7

8              **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

9          In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

10   document has been obtained from the signatory.

11

12   Dated:  July 20, 2016

13                                               _____/s/ Jay L. Pomerantz_____
                                                        Jay L. Pomerantz
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO