1  JOHNSON & WEAVER, LLP
   FRANK J. JOHNSON (SBN 174882)
2  frankj@johnsonandweaver.com
   PHONG L. TRAN (SBN 204961)
3  phongt@johnsonandweaver.com
   600 West Broadway, Suite 1540
4  San Diego, CA 92101
   Telephone: (619) 230-0063
5  Facsimile:  (619) 255-1856

6  *Attorneys for Plaintiff Bart Stadnicki*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART STADNICKI, Derivatively and on Behalf of Nominal Defendant LENDINGCLUB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RENAUD LAPLANCHE, et al.,<br><br>Defendants,<br><br>-and-<br><br>LENDINGCLUB CORPORATION, a Delaware corporation,<br><br>Nominal Defendant. | Case No. 16-CV-3072-WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

Named-plaintiff Bart Stadnicki ("Plaintiff") through his undersigned counsel of record, states as follows:

WHEREAS, the above-captioned action was filed on June 6, 2016, and is brought derivatively on behalf of LendingClub Corporation ("LendingClub");

WHEREAS, the action alleges violations of Section 14(a) of the Securities Exchange Act of 1934, breaches of fiduciary duties, unjust enrichment, corporate waste, and insider selling against certain current and former officers and directors of LendingClub;

WHEREAS, defendants have neither answered the complaint nor moved for summary judgment;

WHEREAS, following careful consideration, Plaintiff has elected to voluntarily dismiss this Action without prejudice. Counsel for Plaintiff and Defendants have met and conferred concerning this action, and agree that all parties will bear their own costs and fees upon Plaintiff's voluntary dismissal of this action without prejudice. No payment has been made, nor will one be made, to Plaintiff or his attorneys for this dismissal; and

WHEREAS, under Federal Rule of Civil of Procedure 41(a)(1)(A)(i), Plaintiff is entitled to dismiss this action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."

THEREFORE, Plaintiff, through his undersigned counsel, hereby dismisses this action without prejudice, with all parties to bear their own costs and fees.

Dated: August 11, 2016                    JOHNSON & WEAVER, LLP

                                          By     */s/ Phong L. Tran*
                                                    Phong L. Tran

                                          Frank J. Johnson
                                          Phong L. Tran
                                          600 West Broadway, Suite 1540
                                          San Diego, CA 92101
                                          Telephone: (619) 230-0063
                                          Facsimile: (619) 255-1856
                                          Email: phongt@johnsonandweaver.com
                                          Email: frankj@johnsonandweaver.com

                                          Attorneys for Plaintiff Bart Stadnicki